■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FERRIS, Appellant.— Judgment of conviction unanimously affirmed. Memorandum: We have compared the statement of the witness Santonati with his testimony and we find that there were "no serious discrepancies or inconsistencies." (*People* v. *Fasano*, 11 N Y 2d 436, 445.) Therefore, we find that the refusal by the court in "this pre-Rosario trial" to allow the defendants to examine the statement was not prejudicial. (*People* v. *Fasano, supra.*) (Appeal from judgment of Erie County Court, convicting defendant of the crime of conspiracy.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEVIN, Appellant.— Judgment of conviction unanimously affirmed. See memorandum filed in *People* v. *Ferris* (17 A D 2d 1029). (Appeal from judgment of Erie County Court convicting defendant of the crimes of conspiracy and grand larceny, first degree.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY LIPSITZ, Appellant.— Judgment of conviction unanimously affirmed. See memorandum filed in *People* v. *Ferris* (17 A D 2d 1029). (Appeal from judgment of Erie County Court convicting defendant of conspiracy, grand larceny, first degree, and presenting false proof of loss in support of claim on a policy of insurance.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. LAINO, Appellant, et al., Defendant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Oneida Extraordinary Special and Trial Term convicting defendant of the crimes of bribery, grand larceny, first degree, and fraudulently presenting bills or claims to public officers for payment.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. LAINO, Defendant, and JOSEPH BOLLETTIERI, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Oneida Extraordinary Special and Trial Term convicting defendant of the crimes of taking unlawful fees, grand larceny, first degree, and fraudulently presenting bills or claims to public officers for payment.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED McDONALD, Appellant.— Judgment of conviction and order unanimously affirmed. (Appeal from judgment and order of Monroe County Court convicting defendant of the crime of murder, second degree. The order denied a motion for a new trial.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN JONES, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying, without a hearing, a motion to vacate a judgment of conviction for abandonment of a pregnant woman in violation of section 50 of the Penal Law rendered June 23, 1959.) Present— Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.